# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KATANDRA PRADIA<br><br>     Plaintiff,<br><br>     v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>     Defendant. | Civil Case No. |

**DEFENDANT'S INDEX IDENTIFYING STATE COURT FILINGS**

| *Document* | *Date* |
|---|---|
| Request for Issuance of Service | August 28, 2025 |
| Plaintiff's Original Petition | August 28, 2025 |

**GREENBERG TRAURIG, LLP**

By:    */s/ Aimee Housinger*
     Aimee Housinger
     Texas State Bar No. 24083203
     S.D. Tex. Bar No. 1717243
     housingera@gtlaw.com
     1000 Louisiana Street, Suite 6700
     Houston, Texas 77002
     Telephone: (713) 374-3500
     Facsimile: (713) 374-3505
     *Attorneys for Defendant*

Dated: September 26, 2025

ACTIVE 714986517v1