# EXHIBIT "C"

Case 4:25-cv-04593 - Document 1-3 - Filed 09/26/25 in TXSD - Page 2 of 2

## Case Information

# PRADIA, KATANDRA v ULTA SALON, COSMETICS & FRAGRANNCE, INC

202563200

Location
Harris County - 152nd Civil District Court

Case Category
Civil – Other Civil

Case Type
Other Civil

Case Filed Date
8/28/2025

Case Status
Active - Civil

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | KATANDRA PRADIA | | TROY JAMES PRADIA |
| Defendant | COSMETICS & FRAGRANNCE ULTA SALON | | |

## Events [2]

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 8/28/2025 | Filing | Service Requests | | Request for Issuance of Service.pdf |
| 8/28/2025 | Filing | Motions to Re-instate | | Plaintiff's Original Petition.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved

Version: 2025.7.4.1459

