# EXHIBIT "H"

 **LexisNexis®** RISK SOLUTIONS    Accurint® for Legal Professionals

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** No Permissible Purpose
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 09/23/25
**Reference Code:** 190278.011800

**Report processed by:**
Greenberg Traurig - Miami
333 2ND AVE
MIAMI, FL 33131
305-579-0500 Main Phone
305-579-0717 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **KATANDRA FRANCESCA PRADIA**
Date of Birth: **8/2/1980**
Age: **45**
SSN: **465-51-xxxx** issued in **Texas** between **1/1/1981** and **12/31/1981**

**AKAs**
**(Names Associated with Subject)**

**KATANDRA FRANCESCA PRADIA**
   Age: **45**   SSN: **465-51-xxxx**
**KATANDRA F PRADIA**
   Age: **45**   SSN: **465-51-xxxx**
**KATANDRA PRADIA**
   Age: **45**   SSN: **465-51-xxxx**
**KATANDRA FRANCHESCA PRADIA**
   Age: **45**   SSN: **465-51-xxxx**
**KATRANDA PRADIA**
   Age: **45**   SSN: **465-51-xxxx**
**KATANDRA PRADIAL**
   Age: **45**   SSN: **465-51-xxxx**

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
   Bankruptcies:
      None Found
   Liens and Judgments:
      None Found
   UCC Filings:
      None Found
   Phones Plus:
      3 Found
   Email Address:
      4 Found
   People at Work:
      None Found
   Address(es) Found:
      1 Verified and 11 Non-Verified Found
   Possible Properties Owned:
      None Found
   Watercraft:
      None Found
   FAA Certifications:
      None Found
   FAA Aircrafts:
      None Found

Possible Criminal Records:
   11 Found
Sexual Offenses:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   3 Found
Hunting/Fishing Permit:
   None Found
Concealed Weapons Permit:
   None Found
Possible Associates:
   6 Found
Possible Relatives:
   1st Degree - 19 Found
   2nd Degree - None Found
   3rd Degree - None Found
Neighbors:
   1st Neighborhood - 2 Found
   2nd Neighborhood - 2 Found
   3rd Neighborhood - 2 Found
   4th Neighborhood - 2 Found

## Others Associated With Subjects SSN:

(DOES NOT usually indicate any type of fraud or deception)
   NINA WILSON
   465-51-xxxx     issued in Texas  between  1/1/1981  and  12/31/1981

## Address Summary:

5755 W RAYFORD RD APT 718, SPRING, TX 77389-2233, HARRIS COUNTY (Apr 2024 - Aug 2024)
311 N VISTA DR APT 1810, HOUSTON, TX 77073-5394, HARRIS COUNTY (Aug 2016 - Aug 2022)
1434 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY (Nov 2020 - Aug 2023)
15414 KUYKENDAHL RD APT 242, HOUSTON, TX 77090-3668, HARRIS COUNTY
14335 ELLA BLVD APT 711, HOUSTON, TX 77014-2562, HARRIS COUNTY (Mar 2012)
12020 N GESSNER RD APT 13202, HOUSTON, TX 77064-1271, HARRIS COUNTY (Apr 2010 - Jan 2017)
545 SEMINAR DR APT 469, HOUSTON, TX 77060-1557, HARRIS COUNTY (Feb 2009 - Jun 2019)
10300 SHADY LN APT 1106, HOUSTON, TX 77093-4633, HARRIS COUNTY (Oct 1997 - Aug 2010)
12903 BRANT ROCK DR APT 519, HOUSTON, TX 77082-5453, HARRIS COUNTY (Dec 2002 - Apr 2009)
6363 W AIRPORT BLVD APT, HOUSTON, TX 77035-6670, HARRIS COUNTY (Oct 2004 - Jan 2008)
990 CYPRESS STATION DR APT 715, HOUSTON, TX 77090-1548, HARRIS COUNTY (Jan 2007 - May 2007)
6921 SCHULLER RD, HOUSTON, TX 77093-9245, HARRIS COUNTY (Jul 1998 - Jun 2005)

## Active Address(es):

5755 W RAYFORD RD APT 718, SPRING, TX 77389-2233, HARRIS COUNTY (Apr 2024 - Aug 2024)
   **Name Associated with Address:**
      KATANDRA FRANCESCA PRADIA
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 2419400
         Owner Name: Y AND R DRILLING LLC
         Property Address: - 5755 W RAYFORD RD, SPRING, TX 77389-1899, HARRIS COUNTY
         Owner Address: 5755 W RAYFORD RD, SPRING, TX 77389-1899, HARRIS COUNTY
         Assessed Value - $92,636
         Data Source - B
   **Neighborhood Profile (2010 Census)**
      Average Age: 34

Median Household Income: $153,922
Median Owner Occupied Home Value: $348,387
Average Years of Education: 15

**Previous And Non-Verified Address(es):**

311 N VISTA DR APT 1810, HOUSTON, TX 77073-5394, HARRIS COUNTY (Aug 2016 - Aug 2022)
**Name Associated with Address:**
KATANDRA FRANCESCA PRADIA
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 1248900010001
Owner Name: NORTH VISTA APARTMENTS LIMITED
Owner Name 2: PARK AT NORTH VISTA
Property Address: - 311 N VISTA DR, HOUSTON, TX 77073-5386, HARRIS COUNTY
Owner Address: 10333 RICHMOND AVE, HOUSTON, TX 77042-4244, HARRIS COUNTY
Total Market Value - $11,035,034
Assessed Value - $11,035,034
Land Value - $2,370,676
Improvement Value - $8,664,358
Year Built - 2003
Legal Description - RESERVE BLK 1 (BLDGS 1 THRU 24) PARK AT NORTH VISTA T/H
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 24
Median Household Income: $34,081
Median Owner Occupied Home Value: $0
Average Years of Education: 12

1434 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY (Nov 2020 - Aug 2023)
**Name Associated with Address:**
KATANDRA FRANCESCA PRADIA
**Current Residents at Address:**
FABIAN KENNEDY BROWN
RUDY VICTOR JARAMILLO
ANGEL CHRISTIAN JARAMILLO
SHANTEL M MORALES
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 128-599-003-0009
Owner Name: STEVEN K WEATHERS
Property Address: - 1434 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY
Owner Address:
Sale Date - 05/24/2007
Sale Price - $134,113
Subdivision Name - GLEN ABBEY SEC 03
Total Market Value - $136,387
Assessed Value - $124,921
Land Value - $24,998
Improvement Value - $111,389
Land Size - 4,950 Square Feet
Year Built - 2006
Seller Name: ASHTON HOUSTON RESIDENTIAL LLC
Legal Description - LT 9 BLK 3 GLEN ABBEY SEC 3
Loan Amount - $136,850
Loan Type - VETERANS ADMINISTRATION
Lender Name - ASHTON WOODS MTG LLC
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 32
Median Household Income: $75,591
Median Owner Occupied Home Value: $166,667
Average Years of Education: 12

**15414 KUYKENDAHL RD APT 242, HOUSTON, TX 77090-3668, HARRIS COUNTY**

    **Name Associated with Address:**

      KATANDRA PRADIA

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - 2346676

        Owner Name: 15414 KUYKENDAHL ROAD LLC

        Owner Name 2: VINEYARD TRACE APARTMENTS

        Property Address: - 15414 KUYKENDAHL RD, HOUSTON, TX 77090-3633, HARRIS COUNTY

        Owner Address: 8411 SILENT CRK, SAN ANTONIO, TX 78255-9536, BEXAR COUNTY

        Data Source - B

    **Neighborhood Profile (2010 Census)**

      Average Age: 30

      Median Household Income: $37,600

      Median Owner Occupied Home Value: $10,000

      Average Years of Education: 12

**14335 ELLA BLVD APT 711, HOUSTON, TX 77014-2562, HARRIS COUNTY (Mar 2012)**

    **Name Associated with Address:**

      KATANDRA FRANCESCA PRADIA

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - 2374220

        Owner Name: RRF TRUCK

        Owner Name 2: ROBERTO RODRIGUEZ FERNANDEZ

        Property Address: - 14335 ELLA BLVD, HOUSTON, TX 77014-3309, HARRIS COUNTY

        Owner Address: 14335 ELLA BLVD, HOUSTON, TX 77014-3309, HARRIS COUNTY

        Assessed Value - $14,820

        Data Source - B

    **Neighborhood Profile (2010 Census)**

      Average Age: 32

      Median Household Income: $34,415

      Median Owner Occupied Home Value: $0

      Average Years of Education: 12

**12020 N GESSNER RD APT 13202, HOUSTON, TX 77064-1271, HARRIS COUNTY (Apr 2010 - Jan 2017)**

    **Name Associated with Address:**

      KATANDRA FRANCESCA PRADIA

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - N140271

        Owner Name: REGENIA WHITFIELD

        Property Address: - 12020 N GESSNER RD, HOUSTON, TX 77064-1192, HARRIS COUNTY

        Owner Address: 12020 N GESSNER RD, HOUSTON, TX 77064-1192, HARRIS COUNTY

        Total Market Value - $60

        Assessed Value - $60

        Legal Description - 0050393 WILDE EF UNIT 1H 0.000012 RI WILDFIRE ENERGY OPER

        Data Source - B

    **Neighborhood Profile (2010 Census)**

      Average Age: 27

      Median Household Income: $48,125

      Median Owner Occupied Home Value: $279,518

      Average Years of Education: 11

**545 SEMINAR DR APT 469, HOUSTON, TX 77060-1557, HARRIS COUNTY (Feb 2009 - Jun 2019)**

    **Name Associated with Address:**

      KATANDRA PRADIA

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - 0999607

        Owner Name: PLAYER CARDS CARLOS GONZALES

        Property Address: - 545 SEMINAR DR, HOUSTON, TX 77060-1547, HARRIS COUNTY

        Owner Address: 13502 NORTHBOROUGH DR, HOUSTON, TX 77067-1731, HARRIS COUNTY

        Assessed Value - $3,410

        Data Source - B

**Neighborhood Profile (2010 Census)**
 Average Age: 29
 Median Household Income: $32,660
 Median Owner Occupied Home Value: $326,667
 Average Years of Education: 11


**10300 SHADY LN APT 1106, HOUSTON, TX 77093-4633, HARRIS COUNTY (Oct 1997 - Aug 2010)**
 **Name Associated with Address:**
  KATRANDA PRADIA
  713-695-9105
 **Property Ownership Information for this Address**
  **Property:**
   Parcel Number - 2409144
   Owner Name: UNDRA WATSON
   Property Address: - 10300 SHADY LN, HOUSTON, TX 77093-4600, HARRIS COUNTY
   Owner Address: 10300 SHADY LN, HOUSTON, TX 77093-4600, HARRIS COUNTY
   Assessed Value - $24,591
   Data Source - B
 **Neighborhood Profile (2010 Census)**
  Average Age: 30
  Median Household Income: $55,396
  Median Owner Occupied Home Value: $193,182
  Average Years of Education: 10


**12903 BRANT ROCK DR APT 519, HOUSTON, TX 77082-5453, HARRIS COUNTY (Dec 2002 - Apr 2009)**
 **Name Associated with Address:**
  KATANDRA FRANCESCA PRADIA
 **Property Ownership Information for this Address**
  **Property:**
   Parcel Number - 2312279
   Owner Name: ARTURO CASTRO GIL
   Property Address: - 12903 BRANT ROCK DR, HOUSTON, TX 77082-5443, HARRIS COUNTY
   Owner Address: 12903 BRANT ROCK DR, HOUSTON, TX 77082-5443, HARRIS COUNTY
   Assessed Value - $36,399
   Data Source - B
 **Neighborhood Profile (2010 Census)**
  Average Age: 30
  Median Household Income: $34,483
  Median Owner Occupied Home Value: $0
  Average Years of Education: 13


**6363 W AIRPORT BLVD APT, HOUSTON, TX 77035-6670, HARRIS COUNTY (Oct 2004 - Jan 2008)**
 **Name Associated with Address:**
  KATANDRA PRADIA
  713-723-6561
 **Property Ownership Information for this Address**
  **Property:**
   Parcel Number - 2385214
   Owner Name: DAVID GEORGE DK GLOBAL LOGISTIC
   Property Address: - 6363 W AIRPORT BLVD, HOUSTON, TX 77035-6670, HARRIS COUNTY
   Owner Address: 6363 W AIRPORT BLVD APT 1401, HOUSTON, TX 77035-6624, HARRIS COUNTY
   Assessed Value - $19,914
   Data Source - B
 **Neighborhood Profile (2010 Census)**
  Average Age: 30
  Median Household Income: $36,714
  Median Owner Occupied Home Value: $200,000
  Average Years of Education: 12


**990 CYPRESS STATION DR APT 715, HOUSTON, TX 77090-1548, HARRIS COUNTY (Jan 2007 - May 2007)**
 **Name Associated with Address:**
  KATANDRA PRADIAL
  281-880-6483
 **Property Ownership Information for this Address**
  **Property:**

Parcel Number - N599981
Owner Name: NELVA CRAIN
Property Address: - 990 CYPRESS STATION DR, HOUSTON, TX 77090-1501, HARRIS COUNTY
Owner Address: 990 CYPRESS STATION DR, HOUSTON, TX 77090-1501, HARRIS COUNTY
Total Market Value - $150
Assessed Value - $150
Legal Description - LEASE# 0021185 JACKSON SLB #1H (SILVER HILL ENERGY) RI 0.002257 AB 493 J H MOSLEY SURVEY WELL #1H RRC# 266984
Data Source - B

**Neighborhood Profile (2010 Census)**
Average Age: 29
Median Household Income: $31,897
Median Owner Occupied Home Value: $0
Average Years of Education: 15

6921 SCHULLER RD, HOUSTON, TX 77093-9245, HARRIS COUNTY (Jul 1998 - Jun 2005)
**Name Associated with Address:**
KATANDRA F PRADIA
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 042-232-000-0150
Owner Name: JJJ P INC
Property Address: - 6921 SCHULLER RD, HOUSTON, TX 77093-9245, HARRIS COUNTY
Owner Address:
Sale Date - 09/05/2000
Total Market Value - $816,544
Assessed Value - $816,544
Land Value - $513,418
Improvement Value - $303,126
Land Size - 71,308 Square Feet
Year Built - 1975
Legal Description - TR 5J ABST 329 J T HARRELL
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 29
Median Household Income: $23,375
Median Owner Occupied Home Value: $0
Average Years of Education: 11

**Bankruptcies:**

[None Found]

**Liens and Judgments:**

[None Found]

**UCC Filings:**
[None Found]

**Phones Plus:**   Phone Finder Ultimate
**Phones Plus1**
Name: PRADIA, K
Address: 12020 N GESSNER RD APT 13202, HOUSTON, TX 77064-1271
Phone Number:  832-715-0285 - CDT
Phone Type: Mobile
Carrier: AERIAL COMMUNICATION - (HOUSTON, TX)

**Phones Plus2**
Name: PRADIA, KATANDRA

Address: 232 WORTHINGTON AVE, CINCINNATI, OH 45215-4342
Phone Number:  832-715-0285 - CDT
Phone Type: Mobile
Carrier: AERIAL COMMUNICATION - (HOUSTON, TX)

**Phones Plus3**
Name: PRADIA, KATANDRA
Address: 545 SEMINAR DR APT 469, HOUSTON, TX 77060-1557
Phone Number:  832-715-0285 - CDT
Phone Type: Mobile
Carrier: AERIAL COMMUNICATION - (HOUSTON, TX)

**Email Address:**

Name: KATANDRA PRADIA

Email Address(es):
        KATANDRAP@GMAIL.COM

Street Address(es):
        13875 ELLA BLVD, HOUSTON, TX 77014-3300

Name: KATANDRA PRADIA

Email Address(es):
        KP5820@GMAIL.COM

Street Address(es):
        5755 W RAYFORD RD APT 718, SPRING, TX 77389-1899

Name: KATANDRA PRADIA

Email Address(es):
        HOLLINSJOY11@YAHOO.COM

Street Address(es):
        545 SEMINAR DR APT 469, HOUSTON, TX 77060-1557

Name: KATANDRA PRADIA

Email Address(es):
        PRADIAJ@GMAIL.COM

Street Address(es):
        311 N VISTA DR APT 1810, HOUSTON, TX 77073-5394

**People at Work:**
*Maximum 50 People at Work records returned*

[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**

[None Found]


**FAA Aircrafts:**

[None Found]


**Possible Criminal Records:**

**Texas Court:**

Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
State of Origin: Texas
County of Origin: FORT BEND
DOB: 08/02/1980
Case Number: 00-DCR-033509A


**Offenses**:

Group: CRIMES_AGAINST_PERSONS
Categories: ASSAULT_AGGRAVATED
**Offense #1**
Court Description: 240TH JUDICIAL DISTRICT COURT
Court Case Number: 00-DCR-033509A
Court Offense: AGG. ASSAUL DW
Court Disposition: JUDGMENT FOR DEFERRED ADJUDICATION
Court Disposition Date: 12/04/2000
Court Level/Degree: FELONY SECOND DEGREE



**Court Activity:**

[NONE FOUND]

**Texas Court:**

Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
State of Origin: Texas
County of Origin: FORT_BEND
Case Number: 00-DCR-033509A
Case Type Description: ADULT FELONY - FILED


**Offenses**:

Group: CRIMES_AGAINST_PERSONS
Categories: ASSAULT_AGGRAVATED
**Offense #1**
Court Description: 240TH JUDICIAL DISTRICT COURT
Court Case Number: 00-DCR-033509A
Court Offense: AGG. ASSAUL DW/F-2
Court Disposition: JUDGMENT FOR DEFERRED ADJUDICATION
Court Disposition Date: 12/04/2000
Court Level/Degree: FELONY SECOND DEGREE



**Court Activity:**

[NONE FOUND]

**Texas Court:**

Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
State of Origin: Texas
County of Origin: FORT BEND
DOB: 08/02/1980
Case Number: 00-DCR-033509

**Offenses**:
Group: CRIMES_AGAINST_PERSONS
Categories: ASSAULT_AGGRAVATED
**Offense #1**
Court Description: 240TH JUDICIAL DISTRICT COURT
Court Case Number: 00-DCR-033509
Court Offense: AGGRAVATED ASSAULT WITH A DEADLY WEAPON
Court Disposition: DISMISSED - CONVICTED IN ANOTHER CASE
Court Disposition Date: 11/19/2009
Court Level/Degree: FELONY SECOND DEGREE

**Court Activity:**
[NONE FOUND]

**Texas Court:**
Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
State of Origin: Texas
County of Origin: FORT_BEND
Case Number: 00-DCR-033509
Case Type Description: ADULT FELONY - FILED

**Offenses**:
Group: CRIMES_AGAINST_PERSONS
Categories: ASSAULT_AGGRAVATED
**Offense #1**
Court Description: 240TH JUDICIAL DISTRICT COURT
Court Case Number: 00-DCR-033509
Court Offense: AGGRAVATED ASSAULT WITH A DEADLY WEAPON/F-2
Court Disposition: DISMISSED - CONVICTED IN ANOTHER CASE
Court Disposition Date: 11/19/2009
Court Level/Degree: FELONY SECOND DEGREE

**Court Activity:**
[NONE FOUND]

**Texas Court:**
Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
Address: 12020 NORHT GESSNER D R, HOUSTON, TX 77064
State of Origin: Texas
County of Origin: HARRIS
DOB: 08/02/1980
Race: BLACK
Sex: Female
Case Number: 994585001010
Case Type Description: MISDEMEANOR CLASS B

**Offenses**:
Group: CRIMES_AGAINST_PROPERTY, FRAUD_OFFENSES
Categories: THEFT
**Offense #1**
Court Description: HARRIS COUNTY
Court Case Number: 994585001010
Court Offense: THEFT-$20-200-CHECK
Court Disposition: DISMISSED
Court Disposition Date: 05/16/2000
Court Level/Degree: MISDEMEANOR CLASS B

**Court Activity:**
   [NONE FOUND]


**Texas Court:**
   Name: KATANDRA FRANCESCA PRADIA
   SSN: 465-51-xxxx
   Address: 12020 NORHT GESSNER D R, HOUSTON, TX 77064
   State of Origin: Texas
   County of Origin: HARRIS
   DOB: 08/02/1980
   Race: BLACK
   Sex: Female
   Case Number: 994585001010
   Case Type Description: MISDEMEANOR CLASS B


   **Offenses**:
        Group: CRIMES_AGAINST_PROPERTY, FRAUD_OFFENSES
        Categories: THEFT
        **Offense #1**
        Court Case Number: 994585001010
        Court Offense: THEFT-$20-200-CHECK
        Court Disposition: DISMISSED
        Court Disposition Date: 05/16/2000
        Court Level/Degree: MISDEMEANOR CLASS B



   **Court Activity:**
      [NONE FOUND]


**Texas Court:**
   Name: KATANDRA PRADIA
   SSN: 465-51-xxxx
   Address: 6921 SCHULLER RD, HOUSTON, TX 77093-9245
   State of Origin: Texas
   County of Origin: MONTGOMERY
   Race: BLACK
   Sex: Female
   Case Number: 99-144324


   **Offenses**:
        Group: CRIMES_AGAINST_PROPERTY, FRAUD_OFFENSES
        Categories: THEFT
        **Offense #1**
        Court Description: CCL1
        Court Case Number: 99-144324
        Court Offense: THEFT PROP >=$20<$500 BY CHECK MB
        Court Plea: N
        Court Disposition: DISMISSED
        Court Level/Degree: MISDEMEANOR B



   **Court Activity:**
      [NONE FOUND]


**Texas Department of Corrections:**
   Name: KATANDRA PRADIA
   SSN: 465-51-xxxx
   State of Origin: Texas
   Case Type Description: Department Of Correction


   **Offenses:**
        Offense Date: 07/19/2000
        Offense: AGG ASSAULT W/DEADLY WEAPON       Sentence Date: 12/04/2000

**Parole/Probations:**
[None Found]

**Prison Inmate Records:**
[None Found]

Unknown
Date

**Texas Department of Corrections:**
Name: KATANDRA PRADIA
SSN: 465-51-xxxx
State of Origin: Texas
Party Status: INACTIVE
Case Type Description: Department Of Correction

**Offenses:**
Offense Date: 07/19/2000
Offense: AGG ASSAULT W/DEADLY WEAPON
**Parole/Probations:**
[None Found]

**Prison Inmate Records:**
[None Found]

Unknown
Date

**Texas Arrest Report:**
Name: KATANDRA FRANCESC PRADIA
SSN: 465-51-xxxx
Address: 6921 SCHULLER RD, HOUSTON, TX 77093-9245
State of Origin: Texas
County of Origin: HARRIS
Race: BLACK
Sex: Female

**Arrests**:
**Arrest #1**
Case Type:                                              Offense: **FAILURE MAINTAIN FINANCIAL RES**
Arrest Date: **08/21/2010**                            Arrest Statute:
Arresting Agency:                                       Agency Case #: **003271266**
Arrest Type:                                            Arrest Level/Degree: **CLASS C MISDEMEANOR**
Arrest Disposition Date:                                Arrest Disposition:
Court Fine:

**Texas Court:**
Name: KATANDRA FRANCESCA PRADIA
SSN: 465-51-xxxx
Aliases: KAT PRADIA
State of Origin: Texas
DOB: 08/02/1980
Race: BLACK
Sex: Female
Eyes: BROWN
Height: 5' 06"
Weight: 175
Case Number: 33,509A

**Offenses**:
Categories: OTHER
**Offense #1**
Arrest Date: 07/19/2000
Arresting Agency: SUGAR LAND PD
Court Description: TX079015J - 240TH DISTRICT COURT RICHMON
Court Case Number: 33,509A

Court Offense: NOT SPECIFIED
Court Disposition: DEFERRED Status:COURT PHASE
Court Disposition Date: 12/04/2000
Court Costs: $197.00
Court Level/Degree: FELONY SECOND DEGREE

Sentence Date: 12/04/2000
Sentence
    Jail:
    Probation: Max: 5 Years
    Suspended Time:

**Court Activity:**
[NONE FOUND]

## Sexual Offenses:

[None Found]

## Professional License(s):

[None Found]

## Voter Registration:

Name: KATANDRA FRANCHESCA PRADIA
Address: 311 N VISTA DR APT 1810, HOUSTON, TX 77073-5394
DOB: 8/2/1980
Gender: Female
Ethnicity: HISPANIC
Last Vote Date: 11/3/2020
Registration Date: 2/22/2018
State of Registration: Texas
Status: ACTIVE

Name: KATANDRA PRADIA
Address: 12903 BRANT ROCK DR APT 519, HOUSTON, TX 77082-5453
DOB: 8/2/1980
Gender: Female
Ethnicity: HISPANIC
Registration Date: 1/4/2003
State of Registration: Texas
Status: ACTIVE

Name: KATANDRA FRANCESCA PRADIA
Address: 1434 LOXLEY DR, HOUSTON, TX 77014-1882
DOB: 8/2/1980
Gender: Female
Ethnicity: HISPANIC
Last Vote Date: 11/3/2020
Registration Date: 2/22/2018
State of Registration: Texas
Status: ACTIVE

## Hunting/Fishing Permit:

[None Found]

## Concealed Weapons Permit:

[None Found]

## Firearms and Explosives:

[None Found]

**Possible Associates:**

DYESHA L ALBERTY  DOB: 4/2/1977
285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    **Names Associated with Associate:**
    DYESHA L ALBERTZ  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    DYESHA ALBERT  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    DYESHA L ALBENTY  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    L ALBENTY DYESHA  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    L ALBERTY DYESHA  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    DYESH ALBERTY  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    ALBERTY DYESHA  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    DYNESHA ALBERTY  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    DYSHA L ALBERTY  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    L ALBERTY DYSHA  DOB: 4/2/1977
    285-60-xxxx     issued in Ohio  between  1/1/1977  and  12/31/1979
    **Active Address(es):**

    16506 CAIRNGROVE LN, HOUSTON, TX 77084-6396, HARRIS COUNTY (Jun 2017 - Apr 2021)
    **Previous And Non-Verified Address(es):**
    6700 QUEENSTON BLVD APT 933, HOUSTON, TX 77084-7280, HARRIS COUNTY (Mar 2022 - Apr 2025)
    17310 KIETH HARROW BLVD APT 505, HOUSTON, TX 77084-2454, HARRIS COUNTY (Jul 2021)
    10770 BARELY LN APT 1407, HOUSTON, TX 77070-5958, HARRIS COUNTY (Oct 2009 - Apr 2024)
    11735 S GLEN DR APT 2206, HOUSTON, TX 77099-2569, HARRIS COUNTY (Oct 2012)
    12039 SPRING GROVE DR, HOUSTON, TX 77099-3201, HARRIS COUNTY (Mar 2006 - Apr 2006)
    10301 SANDPIPER DR APT 266, HOUSTON, TX 77096-4505, HARRIS COUNTY (Mar 2008 - Apr 2008)
    10301 SANDPIPER DR APT 253, HOUSTON, TX 77096-4537, HARRIS COUNTY (Apr 2008 - Oct 2011)
    6318 MCKINSTRY BLVD, HOUSTON, TX 77085-3222, HARRIS COUNTY (Feb 1999 - Jun 2008)
    6363 W AIRPORT BLVD APT 1903, HOUSTON, TX 77035-6625, HARRIS COUNTY (Mar 2006)


DERRICK WAYNE MAXIE  DOB: 6/26/1972
466-15-xxxx     issued in Texas  between  1/1/1977  and  12/31/1979
    **Names Associated with Associate:**
    MAXIE DERRICK  DOB: 6/26/1972
    466-15-xxxx     issued in Texas  between  1/1/1977  and  12/31/1979
    DERRICK MAXIE  DOB: 6/26/1972
    466-15-xxxx     issued in Texas  between  1/1/1977  and  12/31/1979
    DERRICK MAXIE  DOB: 6/26/1972
    466-15-xxxx     issued in Texas  between  1/1/1977  and  12/31/1979
    DERICK W MATE  DOB: 1973
    466-15-xxxx     issued in Texas  between  1/1/1977  and  12/31/1979
    DERRICK W MAXIE  DOB: 6/26/1972
    446-15-xxxx     issued in Oklahoma  between  7/2/2001  and  2/3/2003
    **Active Address(es):**

    12100 S HIGHWAY 6 APT 7210, SUGAR LAND, TX 77498-5718, FORT BEND COUNTY (Oct 2016 - Oct 2018)
    **Previous And Non-Verified Address(es):**
    13910 COUNTRY MANOR DR APT, SUGAR LAND, TX 77498-1738, FORT BEND COUNTY (Aug 2000 - Mar 2025)
    13100 W BELLFORT AVE APT 912, HOUSTON, TX 77099-4840, FORT BEND COUNTY (Sep 2015 - Oct 2015)
    13131 FALLSVIEW LN APT 524, HOUSTON, TX 77077-3617, HARRIS COUNTY (Sep 2009 - Nov 2009)
    10215 BEECHNUT ST APT 505, HOUSTON, TX 77072-5019, HARRIS COUNTY (Jun 2008 - Jul 2008)
    10440 SOUTH DR APT 1310, HOUSTON, TX 77099-2812, HARRIS COUNTY (Oct 2000 - Aug 2005)
    10215 BEECHNUT ST APT 1407, HOUSTON, TX 77072-5022, HARRIS COUNTY (Jun 2019)
    14402 W BELLFORT ST APT 1312, SUGAR LAND, TX 77498-1832, FORT BEND COUNTY (Sep 2012)
    14402 W BELLFORT ST APT 1338, SUGAR LAND, TX 77498-1839, FORT BEND COUNTY (Dec 2016)
    13131 FALLSVIEW LN APT 123, HOUSTON, TX 77077-3600, HARRIS COUNTY (Jan 2010 - Mar 2010)

ALETRIA DRENAE GRAY        DOB: 6/13/1992
**Names Associated with Associate:**
ALETRIA DEANA GRAY          DOB: 6/13/1992
DEANA GRAY ALETRIA          DOB: 6/13/1992
**Active Address(es):**

✔5609 ALDINE BENDER RD APT 56, HOUSTON, TX 77032-4523, HARRIS COUNTY (Oct 2020)
**Previous And Non-Verified Address(es):**
311 N VISTA DR APT 812, HOUSTON, TX 77073-5390, HARRIS COUNTY (May 2011 - Jun 2013)
5621 ALDINE BENDER RD APT 3006, HOUSTON, TX 77032-4563, HARRIS COUNTY (Jun 2018)
8601 EMMETT F LOWRY EXPY APT 45, TEXAS CITY, TX 77591-2236, GALVESTON COUNTY (Nov 2016)
9806 HYDROVILLE CT, HOUSTON, TX 77078-2462, HARRIS COUNTY
11318 NORTHAM DR, TOMBALL, TX 77375-2086, HARRIS COUNTY (Jan 2013)


RASHIDA KEHINDE PORCHE        DOB: 10/13/1983
**Names Associated with Associate:**
RASHIDA PORCHE          DOB: 10/13/1983
RASHIDA PORCHE          DOB: 10/25/1983
**Active Address(es):**

✔1924 OLD DOGWOOD, JONESBORO, GA 30238-7514, CLAYTON COUNTY (Feb 2024 - Oct 2024)
**Previous And Non-Verified Address(es):**
110 WALDEN RUN PL, MCDONOUGH, GA 30253-7000, HENRY COUNTY (Oct 2023)
2367 LAGO DR, JONESBORO, GA 30236-5251, CLAYTON COUNTY (Jun 2020 - Sep 2022)
2900 LANDRUM DR SW APT 7, ATLANTA, GA 30311-4387, FULTON COUNTY (Sep 2011 - Dec 2011)
2900 LANDRUM DR SW APT 54, ATLANTA, GA 30311-4394, FULTON COUNTY (Mar 2019 - Apr 2020)
14001 FONDREN RD APT 839, MISSOURI CITY, TX 77489-1724, FORT BEND COUNTY (Apr 2018 - Feb 2019)
12261 FONDREN RD APT 1408, HOUSTON, TX 77035-4010, HARRIS COUNTY (Nov 2012 - May 2018)
12004A MIGHTY OAK DR, HOUSTON, TX 77066-2839, HARRIS COUNTY (Nov 2012 - May 2017)
920 LAWTON ST SW, ATLANTA, GA 30310-3336, FULTON COUNTY (Feb 2011 - Mar 2011)
183 MOUNT ZION RD SE UNIT 1003, ATLANTA, GA 30354-2139, FULTON COUNTY (Apr 2011 - Nov 2011)


CHRISTINA MARIE MONTEZ  DOB: 10/13/1991
632-26-xxxx     issued in Texas  between  1/1/1991  and  12/31/1992
**Names Associated with Associate:**
CHRITINE MONTEZ  DOB: 10/13/1991
632-26-xxxx     issued in Texas  between  1/1/1991  and  12/31/1992
**Active Address(es):**

✔9510 BAHAMACOVE LN, CYPRESS, TX 77433-5176, HARRIS COUNTY (Jan 2022 - Nov 2022)
**Previous And Non-Verified Address(es):**
4627 LAKE KNOLL CT, SUGAR LAND, TX 77479-4839, FORT BEND COUNTY (Nov 2016 - Feb 2021)
13334 BIRCH GROVE DR, HOUSTON, TX 77083-6223, HARRIS COUNTY (Aug 2014 - Apr 2015)
13110 KUYKENDAHL RD APT 2108, HOUSTON, TX 77090-6713, HARRIS COUNTY (Nov 2011)
11555 S KIRKWOOD RD, STAFFORD, TX 77477-1303, FORT BEND COUNTY
12020 N GESSNER RD APT 12204, HOUSTON, TX 77064-1264, HARRIS COUNTY (Apr 2010 - Aug 2010)
1918 BARNSLEY LN, HOUSTON, TX 77088-1706, HARRIS COUNTY


PAHRIS ALYSSA ARVIE  DOB: 1/5/2004
632-90-xxxx     issued in Texas  between  1/3/2004  and  7/1/2004
**Previous And Non-Verified Address(es):**
12023 LOCH MUICK DR, HUMBLE, TX 77346-4790, HARRIS COUNTY (Jan 2021 - Jul 2024)
12403 DONA LN, HOUSTON, TX 77044-1570, HARRIS COUNTY (Aug 2019)


**Possible Relative Summary:**

> 🄳 ANDREA M PRADIA , Age 68
>> 🄳 ANDREA MICHELLE PRADIA  - (AKA), Age 68
>> 🄳 ANDREA PARDIA  - (AKA), Age 68
>> 🄳 ANDREA M PRADIA  - (AKA), Age 67
>> 🄳 ANDREA DENNIS  - (AKA), Age 68
>> 🄳 ANDREA M PREDIA  - (AKA), Age 68
> CHRISTOPHER DEON PRADIA , Age 41
>> CHRISTOPHER DION PRADIA  - (AKA), Age 41
>> CHRIS PRADIA  - (AKA), Age 41

> CHARNITA TAVERNIE PRADIA , Age 48
>> CHARNITA PRADIA  - (AKA), Age 48
>> CHARNITA TAVERNITE PRADIA  - (AKA), Age 48
>> CHARNETA PRADEA  - (AKA), Age 48
>> CHARNETA PRADIA  - (AKA), Age 48
>> CHARNITA TAVERNITE PRABIA  - (AKA), Age 48
>> CHARNITA T PRADIC  - (AKA), Age 48
>> CHARNITA PRABIA  - (AKA), Age 48
>> CHARNITA T PRADIA  - (AKA), Age 48
>> PRADIA CHARNITA  - (AKA), Age 48
>> CHARNITA PRABIA  - (AKA), Age 48
> DESHAWN LECHARLES PRADIA , Age 40
> ANDREA NICOLE PRADIA , Age 43
>> ANDREA A PRADIA  - (AKA), Age 43
> TRINA D ANN PRADIA , Age 56
>> TRINA DANN PRADIA  - (AKA), Age 56
>> TRENA D PRADIA  - (AKA), Age 56
>> TRINA D PARDIA  - (AKA), Age 56
>> TRENA RED PRADIA  - (AKA), Age 56
>> TRENA RED  - (AKA), Age 56
>> TRINA PRADIE  - (AKA), Age 56
>> TRINA D PRADIN  - (AKA), Age 56
> CALVIN LEE PRADIA , Age 73
> TANGELA INEZ PRADIA , Age 46
>> I PRADIA TANGELA  - (AKA), Age 46
>> PRADIA TANGELA  - (AKA), Age 46
>> TANGELA JERNIGAN  - (AKA), Age 46
> DOUGLAS A PRADIA , Age 65
>> DOUGLAS AUDRE PRADIA  - (AKA), Age 65
>> DOUGLAS A PRAIDA  - (AKA), Age 65
>> DOUGLAS A PRADIA  - (AKA), Age 65
>> DOUGLES PRADIA  - (AKA), Age 65
> CAROLYN A PRADIA , Age 63
>> CAROLYN ANDERSON PRADIA  - (AKA), Age 63
>> CAROL ANDERSON  - (AKA), Age 63
>> CAROLYN A ANDERSON  - (AKA), Age 63
>> CAROLYN N PRADIA  - (AKA), Age 63
>> CAROLYN A PRADIA  - (AKA), Age 63
>> PRADIA CAROLYN ANDERSON  - (AKA), Age 63
>> CAROLYN N ANDERSON  - (AKA), Age 63
>> CAROLYN A PRAD  - (AKA), Age 64
>> CAROLYN PRADIA  - (AKA), Age 63
> TIFFANY L. WEBSTER , Age 45
>> TIFFANY LYNETTE PRADIA  - (AKA), Age 45
>> TIFFANY LYNETTE WEBSTER  - (AKA), Age 45
> TYSON NEIL PRADIA , Age 59
> JAYMESHA CRTEL PRADIA , Age 36
>> JAYMESHA CRTEL PRADA  - (AKA), Age 36
> TYSON NEIL PRADIA , Age 59
> SHEILA MARIE JOHNSON , Age 59
>> SHEILA MARIE JOHNSON-PRADIA  - (AKA), Age 59
>> SHEILA JOHNSON PRADIA  - (AKA), Age 59
>> SHEILA MARIE PRADIA  - (AKA), Age 59
>> SHEILA MARIE JOHNSON PRADIA  - (AKA), Age 59
> JAELA SHANTEL PRADIA , Age 22
> MARCUS D PRADIA , Age 60
>> MARQUIS DION PRADIA  - (AKA), Age 60
>> MARGUIS DION PRADIA  - (AKA), Age 60
>> D PRADIA MARQUIS  - (AKA), Age 60
>> MARCUIS D PRADIA  - (AKA), Age 60

> MONIQUE NICOLE RESBY , Age 54
>> MONIQUE NICOLE PRADIA  - (AKA), Age 54
>> MONIQUE NICOLE  - (AKA), Age 54
>> MONIQUE PRADIA  - (AKA), Age 54
>> MONIQUE N PRADIA  - (AKA), Age 54
>> MONQUIE RESBY  - (AKA), Age 54
> RUBY W PRADIA , Age 96
>> RUBY WASHINGTON PRADIA  - (AKA), Age 96
>> RUBY W PRADIA  - (AKA), Age 96
>> RUBY W PARADIA  - (AKA), Age 96
>> RUBY PRADOA  - (AKA), Age 96
>> RUBY PREDIA  - (AKA), Age 96
>> RUBY WASHINGTON  - (AKA), Age 96

**Possible Relatives:**

ANDREA M PRADIA  DOB: 6/25/1957  (TX)  Age: 68
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973
**Names Associated with Relative:**

ANDREA MICHELLE PRADIA  DOB: 6/25/1957  (TX)  Age: 68
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973

ANDREA PARDIA  DOB: 6/25/1957  (TX)  Age: 68
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973

ANDREA M PRADIA  DOB: 1958  (TX)  Age: 67
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973

ANDREA DENNIS  DOB: 6/25/1957  (TX)  Age: 68
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973

ANDREA M PREDIA  DOB: 6/25/1957  (TX)  Age: 68
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973

**Previous And Non-Verified Address(es):**
15101 BLUE ASH DR APT 903, HOUSTON, TX 77090-6315, HARRIS COUNTY (Mar 2018)
12403 DONA LN, HOUSTON, TX 77044-1570, HARRIS COUNTY (Apr 2013 - Oct 2022)
    **Current Residents at Address:**
      ANDREA M PRADIA
      SHERYL P HOSEA
      CHRISTOPHER DEON PRADIA
9393 TIDWELL RD APT 2316, HOUSTON, TX 77078-3442, HARRIS COUNTY (Mar 2008 - Jul 2024)
15101 BLUE ASH DR APT 410, HOUSTON, TX 77090-6313, HARRIS COUNTY (Dec 2017 - Apr 2025)
12 STYLING CT, HOUSTON, TX 77016-3132, HARRIS COUNTY (Feb 2003 - Oct 2007)
    **Current Residents at Address:**
      MARK CLINTON GARDINER
      JAZMIN ROLDAN CORRAL
11731 GREENSBROOK FOREST DR, HOUSTON, TX 77044-7187, HARRIS COUNTY (May 2005 - Apr 2009)
    **Current Residents at Address:**
      WILLIE B LEWIS
      REBECCA MARIE RILES
      TAMECIA WYETH SMITH
      BRANDON MARQUIS LANDERS
      TIARA WILLIAMS DIXON
      JAZMINE BREANNA JOHNSON
      EMIAH ZHANE JOHNSON
      ANDRE LAJUANE BRYANT JR
10300 SHADY LN APT 1105, HOUSTON, TX 77093-4633, HARRIS COUNTY (Apr 1997 - Dec 2009)
      713-695-9105

9393 TIDWELL RD APT 3513, HOUSTON, TX 77078-3448, HARRIS COUNTY (Nov 2007 - Aug 2009)
3404 9TH AVE N APT 1408, TEXAS CITY, TX 77590-6525, GALVESTON COUNTY (Apr 2018)

CHRISTOPHER DEON PRADIA  DOB: 3/4/1984
458-67-xxxx     issued in Texas  between  1/1/1984  and  12/31/1984
**Names Associated with Relative:**
CHRISTOPHER DION PRADIA  DOB: 3/4/1984

458-67-xxxx     issued in Texas  between  1/1/1984  and  12/31/1984
CHRIS PRADIA  DOB: 3/4/1984
458-67-xxxx     issued in Texas  between  1/1/1984  and  12/31/1984

**Active Address(es):**

✔12023 LOCH MUICK DR, HUMBLE, TX 77346-4790, HARRIS COUNTY ( 2020 - Dec 2024)
**Current Residents at Address:**
CHRISTOPHER DEON PRADIA
MYRTLE LICILLE NICKERSON

**Previous And Non-Verified Address(es):**
9393 TIDWELL RD APT 2316, HOUSTON, TX 77078-3442, HARRIS COUNTY (Aug 2007 - Dec 2016)
12403 DONA LN, HOUSTON, TX 77044-1570, HARRIS COUNTY (Apr 2013 - Oct 2022)
**Current Residents at Address:**
ANDREA M PRADIA
SHERYL P HOSEA
CHRISTOPHER DEON PRADIA
3404 9TH AVE N APT 1403, TEXAS CITY, TX 77590-6525, GALVESTON COUNTY (Sep 2017 - Sep 2019)
11731 GREENSBROOK FOREST DR, HOUSTON, TX 77044-7187, HARRIS COUNTY (Feb 2006 - Aug 2006)
**Current Residents at Address:**
WILLIE B LEWIS
REBECCA MARIE RILES
TAMECIA WYETH SMITH
BRANDON MARQUIS LANDERS
TIARA WILLIAMS DIXON
JAZMINE BREANNA JOHNSON
EMIAH ZHANE JOHNSON
ANDRE LAJUANE BRYANT JR
8706 VALLEY MEADOW DR, HOUSTON, TX 77078-3732, HARRIS COUNTY (Jan 2005 - Aug 2005)
**Current Residents at Address:**
TINA MARIE HANSFORD
SAMANTHA YVETTE KINGSTON
DENNIS EUGENE JOHNSON
ALEJANDRO FABELA SOLIS
281-459-4769

🅢10300 SHADY LN APT 1106, HOUSTON, TX 77093-4633, HARRIS COUNTY (Aug 1999 - Oct 2002)
3404 9TH AVE N APT 1408, TEXAS CITY, TX 77590-6525, GALVESTON COUNTY (Dec 2017 - Apr 2018)

CHARNITA TAVERNIE PRADIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
**Names Associated with Relative:**
CHARNITA PRADIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNITA TAVERNITE PRADIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNETA PRADEA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNETA PRADIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNITA TAVERNITE PRABIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNITA T PRADIC  DOB: 10/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNITA PRABIA  DOB: 10/8/1976
457-39-xxxx     issued in Texas  between  1/1/1977  and  12/31/1977
👎SSN was linked to more than 2 people.
CHARNITA T PRADIA  DOB: 10/8/1976
451-39-xxxx     issued in Texas  between  1/1/1976  and  12/31/1977
🚩SSN belongs to a person reported as deceased.

PRADIA CHARNITA  DOB: 10/8/1976
 457-39-xxxx issued in Texas  between  1/1/1977  and  12/31/1977
  SSN was linked to more than 2 people.
CHARNITA PRABIA  DOB: 1977
 457-39-xxxx issued in Texas  between  1/1/1977  and  12/31/1977
  SSN was linked to more than 2 people.

**Active Address(es):**

6510 AUTUMN SUNSET LN, SPRING, TX 77379-8583, HARRIS COUNTY (Nov 2012 - Oct 2024)
 **Current Residents at Address:**
  CHARNITA TAVERNIE PRADIA
  JOHNATHON ZONTRALE COLEMAN
  ZNIYA BRIELLE FEILDS

**Previous And Non-Verified Address(es):**

12020 N GESSNER RD APT 13202, HOUSTON, TX 77064-1271, HARRIS COUNTY (Apr 2006 - Apr 2014)
19702 HOLLINGTON DR, TOMBALL, TX 77375-7618, HARRIS COUNTY (Jan 2007 - May 2010)
 **Current Residents at Address:**
  EDGAR DAGOBERTO REYNA
500 AIRTEX DR APT 3005, HOUSTON, TX 77090-6617, HARRIS COUNTY (Mar 2002 - Apr 2009)
7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (Dec 2001 - Feb 2006)
10522 BEECHNUT ST APT 121, HOUSTON, TX 77072-4432, HARRIS COUNTY (Nov 2000 - Jan 2003)

10300 SHADY LN APT 1106, HOUSTON, TX 77093-4633, HARRIS COUNTY (Oct 1993 - May 2008)
7601 CURRY RD APT 159, HOUSTON, TX 77093-8863, HARRIS COUNTY (Aug 1999 - Aug 2004)
10300 SHADY LN APT 1104, HOUSTON, TX 77093-4633, HARRIS COUNTY (Oct 1993 - Jan 2003)
7522 TRABAJO DR, HOUSTON, TX 77083-3738, FORT BEND COUNTY (Feb 1997 - Jan 2003)
 **Current Residents at Address:**
  JORGE D ALFARO
  MARCELINA MARTINEZ VILLALON
  JUAN J VILLALON
  BETSY AMERICA SANCHEZ
  MIGUEL RODRIGUEZ ZAMBRANO

DESHAWN LECHARLES PRADIA  DOB: 11/14/1984
 464-71-xxxx issued in Texas  between  1/1/1985  and  12/31/1985
**Active Address(es):**

15007 TIMBERSON RIDGE LN L, HOUSTON, TX 77090-1165, HARRIS COUNTY ( 2020 - Mar 2025)
 **Current Residents at Address:**
  DESHAWN LECHARLES PRADIA
**Previous And Non-Verified Address(es):**
15330 ELLA BLVD APT 2017, HOUSTON, TX 77090-5331, HARRIS COUNTY (Nov 2017 - Apr 2021)
11250 SSG SIMS ST, FORT BLISS, TX 79918-8040, EL PASO COUNTY (Jul 2017)
11907 ESTES PARK LN, HOUSTON, TX 77067-5225, HARRIS COUNTY (Jan 2005 - May 2005)
 **Current Residents at Address:**
  ALTON RALPH MCCRUSE
  PAMELA M BARNETT
  KRISTOPHER FOREMAN
  KEVIN DESEAN BARNETT
  281-348-5800 - CDT FOREMAN KRISTOPHER

9393 TIDWELL RD APT 2316, HOUSTON, TX 77078-3442, HARRIS COUNTY (Nov 2012 - Jul 2018)
2261 GULICK AVE APT, FORT STEWART, GA 31314-4125, LIBERTY COUNTY (Nov 2009)
11731 GREENSBROOK FOREST DR, HOUSTON, TX 77044-7187, HARRIS COUNTY (Jun 2007 - Apr 2009)
 **Current Residents at Address:**
  WILLIE B LEWIS
  REBECCA MARIE RILES
  TAMECIA WYETH SMITH
  BRANDON MARQUIS LANDERS
  TIARA WILLIAMS DIXON
  JAZMINE BREANNA JOHNSON
  EMIAH ZHANE JOHNSON
  ANDRE LAJUANE BRYANT JR

10300 SHADY LN APT 1106, HOUSTON, TX 77093-4633, HARRIS COUNTY (Aug 1999 - Oct 2002)
14319 DARRAH DR, HOUSTON, TX 77090-5237, HARRIS COUNTY (Nov 2020)
 **Current Residents at Address:**
  TIFFANY L. WEBSTER

TYSON NEIL PRADIA
TYSON NEIL PRADIA
TYSON NEIL PRADIA

**ANDREA NICOLE PRADIA**  DOB: 6/6/1982
461-57-xxxx    issued in Texas  between  1/1/1982  and  12/31/1983
**Names Associated with Relative:**
ANDREA A PRADIA  DOB: 6/6/1982
461-57-xxxx    issued in Texas  between  1/1/1982  and  12/31/1983
**Previous And Non-Verified Address(es):**
15647 BARBER GROVE LN, HOUSTON, TX 77095-2282, HARRIS COUNTY (Oct 2010 - Jul 2016)
**Current Residents at Address:**
CHERYL MARIE WITHERSPOON
TANGELA INEZ PRADIA
ANDREA NICOLE PRADIA
DONALD JERNIGAN
JAELA SHANTEL PRADIA
832-674-7498 - CDT PRADIA TANGELA I

16000 COTILLION DR APT C14, HOUSTON, TX 77060-3939, HARRIS COUNTY (Oct 2000 - Dec 2021)
8750 POINT PARK DR APT 1315, HOUSTON, TX 77095-2212, HARRIS COUNTY (Mar 2011 - May 2011)
6506 LOCH BRUCERAY DR, HOUSTON, TX 77084-1025, HARRIS COUNTY (Dec 2013 - Jan 2014)
**Current Residents at Address:**
DOUGLAS A PRADIA
281-656-2265 - CDT PRAIDA DOUGLAS

5621 ALDINE BENDER RD APT A3207, HOUSTON, TX 77032-4509, HARRIS COUNTY (Jan 2006 - Oct 2015)
8750 POINT PARK DR APT 704, HOUSTON, TX 77095-2207, HARRIS COUNTY (May 2012 - Aug 2012)
5609 ALDINE BENDER RD APT 48, HOUSTON, TX 77032-4523, HARRIS COUNTY (Nov 2004 - Dec 2007)
15549 WELDON DR, HOUSTON, TX 77032-2084, HARRIS COUNTY (Jun 2000 - Jan 2003)
**Current Residents at Address:**
PAMELA E LANHAM
JAMES MONROE LANHAM
ASHTON ELLIS RUSSELL
1303 GEARS RD APT 721, HOUSTON, TX 77067-4208, HARRIS COUNTY (Mar 1998 - Jan 2003)

**TRINA D ANN PRADIA**  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
**Names Associated with Relative:**
TRINA DANN PRADIA  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRENA D PRADIA  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRINA D PARDIA  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRENA RED PRADIA  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRENA RED  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRINA PRADIE  DOB: 12/14/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
TRINA D PRADIN  DOB: 12/1968 DOD: 7/17/2024  (TX)  Age at Death: 55 (Born 56 years ago)
457-39-xxxx    issued in Texas  between  1/1/1977  and  12/31/1977
**Active Address(es):**
5621 ALDINE BENDER RD APT 4012, HOUSTON, TX 77032-4572, HARRIS COUNTY (Nov 2012 - May 2025)
**Previous And Non-Verified Address(es):**
1918 BARNSLEY LN, HOUSTON, TX 77088-1706, HARRIS COUNTY (Apr 2018)
**Current Residents at Address:**
ANGELICIA SHAUNTA DAVIS
COREY ELON DAVIS
RUBY W PRADIA
7520 COOK RD APT 105, HOUSTON, TX 77072-3200, HARRIS COUNTY (Feb 2015 - Apr 2015)
11925 GLOGER ST APT, HOUSTON, TX 77039-6311, HARRIS COUNTY (Jul 2017 - Apr 2020)

**Current Residents at Address:**
MARTHA ALICIA MORENO
JERRY DEAN THOMPSON
BRITTANY ALEXANDRA PENNYWELL
MAURICE SHEPPARD
JEREMY RESHAWN THOMPSON
AMIR DURANT CLARK SCOTT
OMAR PEREZ MORENO
OSCAR PEREZ MORENO

7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (May 1997 - Dec 2011)
7601 CURRY RD APT 3, HOUSTON, TX 77093-8840, HARRIS COUNTY (May 2010 - Feb 2013)
7601 CURRY RD APT 28, HOUSTON, TX 77093-8844, HARRIS COUNTY (Nov 2012 - Aug 2013)
4121 WIPPRECHT ST APT 15, HOUSTON, TX 77026-3985, HARRIS COUNTY (Oct 2008 - Aug 2009)
5621 ALDINE BENDER RD APT 4102, HOUSTON, TX 77032-4545, HARRIS COUNTY (Aug 2023)


CALVIN LEE PRADIA  DOB: 6/18/1952
467-90-xxxx    issued in Texas  between  1/1/1966  and  12/31/1967
**Active Address(es):**

7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (Dec 1989 - Apr 2008)
713-697-4676

**Previous And Non-Verified Address(es):**
7210 PEERLESS ST APT 310, HOUSTON, TX 77021-3153, HARRIS COUNTY (Jun 2013)
6813 WEAVER RD APT B, HOUSTON, TX 77028-2222, HARRIS COUNTY (Apr 2008 - Apr 2009)
**Current Residents at Address:**
DARREN WAYNE BROWN
MIYOSHI YMEKI ROBERTSON
7210 PEERLESS ST APT 407, HOUSTON, TX 77021-3154, HARRIS COUNTY (Jun 2014 - Oct 2014)
5702 HARDY ST, HOUSTON, TX 77009-1656, HARRIS COUNTY (Mar 1991)
**Current Residents at Address:**
CAMILIA JEAN MCGUIRE
713-697-4676

2727 KINGS CANYON CT, HOUSTON, TX 77067-1945, HARRIS COUNTY (Jan 1990)
**Current Residents at Address:**
CARLOS A CASTILLO
RUFINO W GOMEZ
LOUIS J SAAVEDRA JR
RAMSES F QUINTERO
JOSE FRANCISCO QUINTERO
MIRIAN MOLINA
713-697-4676

9393 TIDWELL RD APT 2316, HOUSTON, TX 77078-3442, HARRIS COUNTY (Aug 2014)


TANGELA INEZ PRADIA  DOB: 6/30/1979
457-51-xxxx    issued in Texas  between  1/1/1980  and  12/31/1981
**Names Associated with Relative:**
I PRADIA TANGELA  DOB: 6/30/1979
457-51-xxxx    issued in Texas  between  1/1/1980  and  12/31/1981
PRADIA TANGELA  DOB: 6/30/1979
457-51-xxxx    issued in Texas  between  1/1/1980  and  12/31/1981
TANGELA JERNIGAN  DOB: 6/30/1979
457-51-xxxx    issued in Texas  between  1/1/1980  and  12/31/1981
**Active Address(es):**

15647 BARBER GROVE LN, HOUSTON, TX 77095-2282, HARRIS COUNTY (Mar 2000 - Jan 2025)
**Current Residents at Address:**
CHERYL MARIE WITHERSPOON
TANGELA INEZ PRADIA
ANDREA NICOLE PRADIA
DONALD JERNIGAN
JAELA SHANTEL PRADIA
**Current phones listed at this address:**
832-674-7498 - CDT PRADIA TANGELA I
713-798-6627

**Previous And Non-Verified Address(es):**
16226 VILLARET DR, HOUSTON, TX 77083-2222, HARRIS COUNTY (Dec 2002 - Mar 2004)
   **Current Residents at Address:**
      ALBERT E COLLINS
      CAROLYN LATRESE LANGRUM
      ALBERT EARL COLLINS
2151 S KIRKWOOD RD APT 121, HOUSTON, TX 77077-6211, HARRIS COUNTY (Apr 1999 - Jan 2004)
      281-531-8132

11700 BISSONNET ST APT 510, HOUSTON, TX 77099-1981, HARRIS COUNTY (Aug 1996 - Oct 2002)
1333 GEARS RD APT 2701, HOUSTON, TX 77067-4220, HARRIS COUNTY (Jul 2001)
4545 COOK RD APT 1316, HOUSTON, TX 77072-1129, HARRIS COUNTY (Aug 1996 - Jul 2001)
7255 CORPORATE DR APT 130, HOUSTON, TX 77036-5120, HARRIS COUNTY (Sep 2000)
7255 CORPORATE DR APT 1304, HOUSTON, TX 77036-5127, HARRIS COUNTY (Jan 1999 - Feb 1999)
      281-531-8132

4545 COOK RD APT 1601, HOUSTON, TX 77072-1130, HARRIS COUNTY (Dec 1996 - Jan 1999)
6505 WILEYVALE RD, HOUSTON, TX 77028-4147, HARRIS COUNTY (Nov 1997 - Jan 1999)
   **Current Residents at Address:**
      CAROLYN A PRADIA
      GEORGE L ANDERSON SR
      JACQUELINE R ANDERSON
      KEITH ANDERSON
      GLADYS DELOIS PRADIA
      MABLE INEZ ANDERSON
      MABLE I ANDERSON I

DOUGLAS A PRADIA  DOB: 6/4/1960
   453-15-xxxx    issued in Texas  between  1/1/1972  and  12/31/1973
   **Names Associated with Relative:**
DOUGLAS AUDRE PRADIA  DOB: 6/4/1960
   453-15-xxxx    issued in Texas  between  1/1/1972  and  12/31/1973
DOUGLAS A PRAIDA  DOB: 6/4/1960
   453-15-xxxx    issued in Texas  between  1/1/1972  and  12/31/1973
DOUGLAS A PRADIA  DOB: 6/4/1960
   531-53-xxxx    issued in Washington  between  7/2/2003  and  6/1/2004
DOUGLES PRADIA  DOB: 6/4/1960
   453-15-xxxx    issued in Texas  between  1/1/1972  and  12/31/1973
   **Active Address(es):**

✔6506 LOCH BRUCERAY DR, HOUSTON, TX 77084-1025, HARRIS COUNTY (Nov 2001 - Mar 2025)
   **Current Residents at Address:**
      DOUGLAS A PRADIA
      281-656-2265 - CDT PRAIDA DOUGLAS

**Previous And Non-Verified Address(es):**
16000 COTILLION DR APT, HOUSTON, TX 77060-3900, HARRIS COUNTY (Mar 2002)
6134 GUADALUPE ST, HOUSTON, TX 77016-1936, HARRIS COUNTY (Jul 2001 - Jan 2003)
   **Current Residents at Address:**
      ROBERT LEE HARRISON
      AUDREY JOHNSON
      TAROLYN ANNETTE JOHNSON
      VIDAL DE OYUELA
      AUDREY SHUNELL JOHNSON
15549 WELDON DR APT 721, HOUSTON, TX 77032-2084, HARRIS COUNTY (Jul 1996 - Jan 2003)
      713-697-4676

17103 IMPERIAL VALLEY DR APT 3180, HOUSTON, TX 77060-2700, HARRIS COUNTY (Jul 2001)
4545 COOK RD APT 310, HOUSTON, TX 77072-1125, HARRIS COUNTY (Feb 1992 - Jan 2003)
248 CHAPMAN RD, NEWARK, DE 19702-5447, NEW CASTLE COUNTY (Oct 1988 - Jan 2003)
1303 GEARS RD APT 721, HOUSTON, TX 77067-4208, HARRIS COUNTY (Oct 1986 - Jan 2003)
7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (Oct 2005 - May 2006)
6505 WILEYVALE RD, HOUSTON, TX 77028-4147, HARRIS COUNTY (Jan 1998 - May 2005)
   **Current Residents at Address:**
      CAROLYN A PRADIA

GEORGE L ANDERSON SR
JACQUELINE R ANDERSON
KEITH ANDERSON
GLADYS DELOIS PRADIA
MABLE INEZ ANDERSON
MABLE I ANDERSON I

**D** CAROLYN A PRADIA  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**
**D** CAROLYN ANDERSON PRADIA  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROL ANDERSON  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN A ANDERSON  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN N PRADIA  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN A PRADIA  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
453-15-xxxx     issued in Texas  between  1/1/1972  and  12/31/1973
**D** PRADIA CAROLYN ANDERSON  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN N ANDERSON  DOB: 10/8/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN A PRAD  DOB: 1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 64 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
SSN belongs to a person reported as deceased.
**D** CAROLYN PRADIA  DOB: 10/1961 DOD: 2/6/2010  (HARRIS, TX)  Age at Death: 48 (Born 63 years ago) - Verified
450-29-xxxx     issued in Texas  between  1/1/1974  and  12/31/1975
**Active Address(es):**

✓6505 WILEYVALE RD, HOUSTON, TX 77028-4147, HARRIS COUNTY (Nov 1995 - Dec 2011)
**Current Residents at Address:**
CAROLYN A PRADIA
GEORGE L ANDERSON SR
JACQUELINE R ANDERSON
KEITH ANDERSON
GLADYS DELOIS PRADIA
MABLE INEZ ANDERSON
MABLE I ANDERSON I
**Previous And Non-Verified Address(es):**
2255 CONWAY RD APT, ORLANDO, FL 32812-8338, ORANGE COUNTY (Jun 2012 - Aug 2012)
16000 COTILLION DR APT B4, HOUSTON, TX 77060-3922, HARRIS COUNTY (Jul 2001 - Aug 2004)
16000 COTILLION DR APT C14, HOUSTON, TX 77060-3939, HARRIS COUNTY (Mar 2001 - Oct 2002)
5621 ALDINE BENDER RD APT 3207, HOUSTON, TX 77032-4541, HARRIS COUNTY (Nov 2005 - Apr 2009)
5621 ALDINE BENDER RD APT 2713, HOUSTON, TX 77032-4539, HARRIS COUNTY (Mar 2006 - Nov 2008)
9245 SOUTHAMPTON PL, BOCA RATON, FL 33434-2803, PALM BEACH COUNTY (Apr 2004 - May 2004)
**Current Residents at Address:**
SERGE P GLAZMAN
7001 NORTHLINE DR APT, HOUSTON, TX 77076-2100, HARRIS COUNTY (Jul 1988 - Jan 2003)
4545 COOK RD APT 310, HOUSTON, TX 77072-1125, HARRIS COUNTY (May 1995 - Jan 2003)

TIFFANY L. WEBSTER  DOB: 3/2/1980
459-89-xxxx     issued in Texas  between  1/1/1987  and  12/31/1987
**Names Associated with Relative:**
TIFFANY LYNETTE PRADIA  DOB: 3/2/1980

459-89-xxxx    issued in Texas  between  1/1/1987  and  12/31/1987
TIFFANY LYNETTE WEBSTER  DOB: 3/2/1980
459-89-xxxx    issued in Texas  between  1/1/1987  and  12/31/1987
**Active Address(es):**

14319 DARRAH DR, HOUSTON, TX 77090-5237, HARRIS COUNTY (Nov 2010 - Oct 2019)
**Current Residents at Address:**
TIFFANY L. WEBSTER
TYSON NEIL PRADIA
TYSON NEIL PRADIA
TYSON NEIL PRADIA
**Previous And Non-Verified Address(es):**
6813 WEAVER RD APT, HOUSTON, TX 77028-2222, HARRIS COUNTY (Oct 2007 - Apr 2009)
**Current Residents at Address:**
LETOYA FACHON SCOTT
BRIANESIA STANLEY
16803 CITY VIEW PL APT 87, HOUSTON, TX 77060-2536, HARRIS COUNTY (Sep 2008 - Oct 2008)
200 DOMINION PARK DR APT 1038, HOUSTON, TX 77090-6728, HARRIS COUNTY (Nov 2006 - Dec 2006)
6813B WEAVER RD, HOUSTON, TX 77028-2222, HARRIS COUNTY (Nov 2006 - Dec 2006)
**Current Residents at Address:**
BETTY L BAILEY
DAMIEN B BAILEY
2401 WESTRIDGE ST APT 2504, HOUSTON, TX 77054-1532, HARRIS COUNTY
507 E PRUITT ST, BRYAN, TX 77803-4114, BRAZOS COUNTY (May 1998 - Feb 2006)
**Current Residents at Address:**
FELECIA M WEBSTER
RODERICK DESHAWN WEBSTER
3607 COMANCHE ST APT B, BRYAN, TX 77802-2267, BRAZOS COUNTY (Mar 2000 - Jun 2002)
PO BOX 4247, PRAIRIE VIEW, TX 77446-4247, WALLER COUNTY (Oct 1998 - Feb 2003)


TYSON NEIL PRADIA  DOB: 6/1966
452-35-xxxx    issued in Texas  between  1/1/1975  and  12/31/1976
SSN was linked to more than 2 people.
**Previous And Non-Verified Address(es):**
11907 ESTES PARK LN, HOUSTON, TX 77067-5225, HARRIS COUNTY (Feb 1998 - May 2001)
**Current Residents at Address:**
ALTON RALPH MCCRUSE
PAMELA M BARNETT
KRISTOPHER FOREMAN
KEVIN DESEAN BARNETT
**Current phones listed at this address:**
281-348-5800 - CDT FOREMAN KRISTOPHER
281-583-7107

15100 ELLA BLVD APT 1501, HOUSTON, TX 77090-7037, HARRIS COUNTY (Jan 1992)
1190 ESTHER DR, HOUSTON, TX 77088-6019, HARRIS COUNTY


JAYMESHA CRTEL PRADIA  DOB: 8/28/1989
644-10-xxxx    issued in Texas  between  1/1/1990  and  12/31/1990
**Names Associated with Relative:**
JAYMESHA CRTEL PRADA  DOB: 8/28/1989
644-10-xxxx    issued in Texas  between  1/1/1990  and  12/31/1990
**Active Address(es):**

29224 BLACKWOOD FOREST ST, SPRING, TX 77386-4882, MONTGOMERY COUNTY (Nov 2012 - Apr 2024)
**Current Residents at Address:**
FELICIA CAPRICE HAYNES
JAYMESHA CRTEL PRADIA
DONTEZ CARL DOAN
ANTHONY DEWAYNE HAYNES
**Previous And Non-Verified Address(es):**
2110 BRUNDAGE DR APT 3107, HOUSTON, TX 77090-6415, HARRIS COUNTY (Jan 2019 - Jul 2020)
1303 GREENS PKWY APT 219, HOUSTON, TX 77067-4241, HARRIS COUNTY (Jun 2012 - Jan 2017)
1303 GREENS PKWY APT 603, HOUSTON, TX 77067-4242, HARRIS COUNTY (Dec 2016 - Apr 2024)
3434 PINECHESTER DR, HOUSTON, TX 77066-5518, HARRIS COUNTY (Dec 2016)
**Current Residents at Address:**
CHRISTOPHER ROBERT ADAMS

JERMISHA LONSHAY HARDEMAN
ANTHONY JOHNELL MARTIN
ANTHONY BARRIENTOS
RYAN ANTHONY BARRIENTOS
7911 WILEYVALE RD, HOUSTON, TX 77016-6439, HARRIS COUNTY (Nov 2016 - Apr 2018)
**Current Residents at Address:**
SHERRY HUGHES
14319 DARRAH DR, HOUSTON, TX 77090-5237, HARRIS COUNTY (Nov 2014)
**Current Residents at Address:**
TIFFANY L. WEBSTER
TYSON NEIL PRADIA
TYSON NEIL PRADIA
TYSON NEIL PRADIA
311 N VISTA DR APT 1602, HOUSTON, TX 77073-5393, HARRIS COUNTY (Oct 2015)
8383 EL MUNDO ST APT 501, HOUSTON, TX 77054-4670, HARRIS COUNTY (Aug 2011 - Oct 2012)
9519 WALNUT GLEN DR, HOUSTON, TX 77064-4447, HARRIS COUNTY (Jun 2007 - Apr 2009)
**Current Residents at Address:**
JOHN LAWRENCE CORNELIUS II
ARMINDA A GARZA
**Current phones listed at this address:**
281-479-2915 - CDT CORNELIUS JOHN L
281-653-2715 - CDT CORNELIUS JOHN L


TYSON NEIL PRADIA  DOB: 6/2/1966
452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
SSN was linked to more than 2 people.
**Active Address(es):**
14319 DARRAH DR, HOUSTON, TX 77090-5237, HARRIS COUNTY (Sep 2009 - Jul 2011)
**Current Residents at Address:**
TIFFANY L. WEBSTER
TYSON NEIL PRADIA
TYSON NEIL PRADIA
TYSON NEIL PRADIA
**Previous And Non-Verified Address(es):**
11907 ESTES PARK LN, HOUSTON, TX 77067-5225, HARRIS COUNTY (May 2000)
**Current Residents at Address:**
ALTON RALPH MCCRUSE
PAMELA M BARNETT
KRISTOPHER FOREMAN
KEVIN DESEAN BARNETT
281-348-5800 - CDT FOREMAN KRISTOPHER

200 DOMINION PARK DR APT 1038, HOUSTON, TX 77090-6728, HARRIS COUNTY (Oct 2005)
6813B WEAVER RD, HOUSTON, TX 77028-2222, HARRIS COUNTY (Jul 2008)
**Current Residents at Address:**
BETTY L BAILEY
DAMIEN B BAILEY
16803 CITY VIEW PL APT 87, HOUSTON, TX 77060-2536, HARRIS COUNTY (Jul 2008)
7601 CURRY RD APT, HOUSTON, TX 77093-8836, HARRIS COUNTY (Dec 1998)
11730 SAWMILL STREAM CIR, HOUSTON, TX 77067-1820, HARRIS COUNTY (Jan 1992)
**Current Residents at Address:**
ROSA MARIA AVILA
TORIBIO AVILA
BIANCA E CARRIZALES
JUAN GABRIEL SILVA
YOSSELIN AVILA
ALEJANDRA AVILA LARES
CRUZ T SANTACRUZ

SHEILA MARIE JOHNSON  DOB: 1/19/1966
438-29-xxxx     issued in Louisiana  between  1/1/1977  and  12/31/1977
**Names Associated with Relative:**
SHEILA MARIE JOHNSON-PRADIA  DOB: 1/19/1966
438-29-xxxx     issued in Louisiana  between  1/1/1977  and  12/31/1977

SHEILA JOHNSON PRADIA  DOB: 1/19/1966
    438-29-xxxx     issued in Louisiana  between  1/1/1977  and  12/31/1977
SHEILA MARIE PRADIA  DOB: 1/19/1966
    438-29-xxxx     issued in Louisiana  between  1/1/1977  and  12/31/1977
SHEILA MARIE JOHNSON PRADIA  DOB: 1/19/1966
    438-29-xxxx     issued in Louisiana  between  1/1/1977  and  12/31/1977
**Previous And Non-Verified Address(es):**
5619 ALDINE BENDER RD APT 235A, HOUSTON, TX 77032-4555, HARRIS COUNTY (Feb 2022 - Dec 2023)
PO BOX 23442, HOUSTON, TX 77228-3442, HARRIS COUNTY (Nov 2020 - Nov 2023)
    **Current Residents at Address:**
        LESSIE BEATRICE HOWARD
6134 GUADALUPE ST, HOUSTON, TX 77016-1936, HARRIS COUNTY (Aug 1996 - Aug 2022)
    **Current Residents at Address:**
        ROBERT LEE HARRISON
        AUDREY JOHNSON
        TAROLYN ANNETTE JOHNSON
        VIDAL DE OYUELA
        AUDREY SHUNELL JOHNSON
        281-690-0846

6506 LOCH BRUCERAY DR, HOUSTON, TX 77084-1025, HARRIS COUNTY (Aug 2008 - Apr 2009)
    **Current Residents at Address:**
        DOUGLAS A PRADIA
        281-656-2265 - CDT PRAIDA DOUGLAS

7050 INWOOD PARK DR APT 56, HOUSTON, TX 77088-7550, HARRIS COUNTY (Dec 2000 - Jun 2006)
8130 TASSEL FIELD LN, HUMBLE, TX 77338-2047, HARRIS COUNTY (May 2005)
    **Current Residents at Address:**
        ERICA LATIA SMITH
        KEYANA P BRITTON
        DEMORIO LEMEKE SHEFFIELD JR
17103 IMPERIAL VALLEY DR APT 318, HOUSTON, TX 77060-2779, HARRIS COUNTY (Aug 1996 - Jul 2004)
5555 W GULF BANK RD APT 304, HOUSTON, TX 77088-4336, HARRIS COUNTY (Feb 1999 - Jan 2003)
1303 GEARS RD APT 721, HOUSTON, TX 77067-4208, HARRIS COUNTY (Nov 1996 - Jan 2003)
12915 BLACKPOOL LN APT A, HOUSTON, TX 77066-3653, HARRIS COUNTY (Nov 1997 - Jan 2003)
    **Current Residents at Address:**
        ZAYDA GRACIELA SALTO

JAELA SHANTEL PRADIA           DOB: 7/9/2003
    **Active Address(es):**
15647 BARBER GROVE LN, HOUSTON, TX 77095-2282, HARRIS COUNTY (Jan 2023)
    **Current Residents at Address:**
        CHERYL MARIE WITHERSPOON
        TANGELA INEZ PRADIA
        ANDREA NICOLE PRADIA
        DONALD JERNIGAN
        JAELA SHANTEL PRADIA
        832-674-7498 - CDT PRADIA TANGELA I

MARCUS D PRADIA  DOB: 10/28/1964
    453-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
**Names Associated with Relative:**
MARQUIS DION PRADIA  DOB: 10/28/1964
    453-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MARGUIS DION PRADIA  DOB: 10/28/1964
    453-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
D PRADIA MARQUIS  DOB: 10/28/1964
    453-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MARCUIS D PRADIA  DOB: 10/28/1964
    453-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
**Active Address(es):**
2630 SADLER ST, HOUSTON, TX 77093-8117, HARRIS COUNTY (Nov 2016 - Apr 2020)
    **Current Residents at Address:**
        DELORES CEASAR FORD

CHARLES L FORD
MARCUS D PRADIA
713-692-8365 - CDT FORD D C

**Previous And Non-Verified Address(es):**
7601 CURRY RD APT 54, HOUSTON, TX 77093-8847, HARRIS COUNTY (Oct 2024)
7601 CURRY RD APT 99, HOUSTON, TX 77093-8855, HARRIS COUNTY (Feb 2008 - Nov 2010)
7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (Jun 2001 - Apr 2009)
6437 YORK MDWS APT B, HOUSTON, TX 77084-7463, HARRIS COUNTY (Oct 1998 - Jan 2003)
    **Current Residents at Address:**
       GENESIS ORIANA ROJAS
7601 CURRY RD APT 65, HOUSTON, TX 77093-8850, HARRIS COUNTY (Jan 1990 - Dec 1991)
7601 CURRY RD APT 156, HOUSTON, TX 77093-8863, HARRIS COUNTY

MONIQUE NICOLE RESBY  DOB: 12/2/1970
   452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
**Names Associated with Relative:**
MONIQUE NICOLE PRADIA  DOB: 12/2/1970
    452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MONIQUE NICOLE  DOB: 12/2/1970
    452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MONIQUE PRADIA  DOB: 12/2/1970
    452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MONIQUE N PRADIA  DOB: 12/2/1970
    452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
MONQUIE RESBY  DOB: 12/2/1970
    452-35-xxxx     issued in Texas  between  1/1/1975  and  12/31/1976
**Previous And Non-Verified Address(es):**
5621 ALDINE BENDER RD APT 2905, HOUSTON, TX 77032-4540, HARRIS COUNTY (Nov 2012 - Jan 2019)
1500 NORTH LOOP APT, HOUSTON, TX 77009-1216, HARRIS COUNTY (Feb 2024)
1918 BARNSLEY LN, HOUSTON, TX 77088-1706, HARRIS COUNTY (May 2021)
    **Current Residents at Address:**
       ANGELICIA SHAUNTA DAVIS
       COREY ELON DAVIS
       RUBY W PRADIA
1127 SYDNOR ST, HOUSTON, TX 77020-3865, HARRIS COUNTY (Jan 2012 - Sep 2014)
       346-406-3144 - CDT BROWN MATTHEW A

615 WILSON RD APT 318, HUMBLE, TX 77338-5002, HARRIS COUNTY (Oct 2001 - Jul 2009)
       281-540-0325

301 W LITTLE YORK RD APT 612, HOUSTON, TX 77076-1336, HARRIS COUNTY (Jul 2011)
311 N VISTA DR APT 812, HOUSTON, TX 77073-5390, HARRIS COUNTY (Mar 2009 - Jun 2013)
29519 LEGENDS GLEN DR R, SPRING, TX 77386-3469, MONTGOMERY COUNTY (Nov 2007 - Apr 2009)
6913 KITTRIDGE ST, HOUSTON, TX 77028-3034, HARRIS COUNTY (Apr 2000 - Oct 2007)
    **Current Residents at Address:**
       HOPE CONTRERAS CONTREREAS-JIMENEZ
       MARK MEDINA
       MARK MEDINA
       JOSHUA SAAVEDRA
       MARK MEDINA
       CELESTE M VARGAS
       ISRRAEL CONTRERAS
       MICHAEL RENE JIMENEZ
       JAZARETH CANTU
311 N VISTA DR APT 603, HOUSTON, TX 77073-5388, HARRIS COUNTY (Mar 2009 - Nov 2009)

RUBY W PRADIA  DOB: 9/24/1928
   466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
**Names Associated with Relative:**
RUBY WASHINGTON PRADIA  DOB: 9/24/1928
    466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
RUBY W PRADIA  DOB: 1929
    466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
RUBY W PARADIA  DOB: 9/24/1928

466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
RUBY PRADOA  DOB: 9/24/1928
466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
RUBY PREDIA   DOB: 9/24/1928
466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951
RUBY WASHINGTON  DOB: 9/24/1928
466-36-xxxx     issued in Texas  between  1/1/1936  and  12/31/1951

**Active Address(es):**

7601 CURRY RD APT 151, HOUSTON, TX 77093-8862, HARRIS COUNTY (Oct 1992 - May 2009)
713-697-4676


**Previous And Non-Verified Address(es):**

1918 BARNSLEY LN, HOUSTON, TX 77088-1706, HARRIS COUNTY (Sep 1986 - Apr 2025)
**Current Residents at Address:**
ANGELICIA SHAUNTA DAVIS
COREY ELON DAVIS
RUBY W PRADIA
7601 CURRY RD APT 31, HOUSTON, TX 77093-8844, HARRIS COUNTY (Feb 2009 - Mar 2009)
11907 ESTES PARK LN, HOUSTON, TX 77067-5225, HARRIS COUNTY (Jul 1994 - Jan 2003)
**Current Residents at Address:**
ALTON RALPH MCCRUSE
PAMELA M BARNETT
KRISTOPHER FOREMAN
KEVIN DESEAN BARNETT
281-348-5800 - CDT FOREMAN KRISTOPHER


TYSON PRADIA, HOUSTON, TX 77067, HARRIS COUNTY (Dec 1996)

10300 SHADY LN APT, HOUSTON, TX 77093-4600, HARRIS COUNTY (Jun 1995)
713-697-4676


7661 CURRY RD APT 151, HOUSTON, TX 77093-8823, HARRIS COUNTY (Sep 1994)
7609 COREY 151, HOUSTON, TX 77093, HARRIS COUNTY (Aug 1991 - Dec 1991)
4545 COOK RD APT 310, HOUSTON, TX 77072-1125, HARRIS COUNTY (Sep 1986 - Jan 1990)



**Neighbors:**


**Neighborhood:**

5755 W RAYFORD RD APT 718, SPRING, TX 77389-2233, HARRIS COUNTY (Apr 2024 - Aug 2024)



**Address(es):**
5755 W RAYFORD RD APT 716, SPRING, TX 77389-2233, HARRIS COUNTY (Apr 2025)
MUHAMMAD HARIS SALEEM                          811-57-xxxx      - SSN potentially randomly issued by the SSA.
5755 W RAYFORD RD APT 714, SPRING, TX 77389-2233, HARRIS COUNTY (May 2025)
TOSIF MOMIN                          DOB: 2/18/1991
**Neighborhood:**
1434 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY (Nov 2020 - Aug 2023)
**Residents:**
FABIAN KENNEDY BROWN  DOB: 12/7/1963
436-11-xxxx     issued in Louisiana  between  1/1/1973  and  12/31/1973

RUDY VICTOR JARAMILLO  DOB: 5/16/1974
453-55-xxxx     issued in Texas  between  1/1/1981  and  12/31/1982
ANGEL CHRISTIAN JARAMILLO                          DOB: 8/5/2001
SHANTEL M MORALES



**Address(es):**
1430 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY ( 2020 - Mar 2025)
**Residents:**
CARL EDWARD WALKER JR  DOB: 4/29/1971
450-69-xxxx     issued in Texas  between  1/1/1984  and  12/31/1985
CHRISTIE D JONES  DOB: 9/16/1974

454-63-xxxx    issued in Texas  between  1/1/1983  and  12/31/1983
CARL WALKER


1438 LOXLEY DR, HOUSTON, TX 77014-1882, HARRIS COUNTY ( 2020 - Apr 2025)
AMALIA ZAVALA GONZALEZ

**Neighborhood:**

311 N VISTA DR APT 1810, HOUSTON, TX 77073-5394, HARRIS COUNTY (Aug 2016 - Aug 2022)


**Address(es):**

311 N VISTA DR APT 1808, HOUSTON, TX 77073-5394, HARRIS COUNTY (May 2022 - Apr 2025)
LYNNETTE TAYLOR
452-69-xxxx    issued in Texas  between  1/1/1984  and  12/31/1985
311 N VISTA DR APT 1805, HOUSTON, TX 77073-5393, HARRIS COUNTY (Oct 2018 - Apr 2025)
BERNADETTE EDWARDS

**Neighborhood:**

12020 N GESSNER RD APT 13202, HOUSTON, TX 77064-1271, HARRIS COUNTY (Apr 2010 - Jan 2017)


**Address(es):**

12020 N GESSNER RD APT 13203, HOUSTON, TX 77064-1271, HARRIS COUNTY (Mar 2009 - Jun 2025)
UCHENNA COMFORT ORJI
12020 N GESSNER RD APT 13105, HOUSTON, TX 77064-1270, HARRIS COUNTY (Apr 2016 - Apr 2025)

**Residents:**

VAN T NGUYEN                          719-78-xxxx    - SSN potentially randomly issued by the SSA.  DOB: 4/19/1972
HUY HOANG LUU



**Source Information:**

| | |
|---|---|
| All Sources | 43  Source Document(s) |
| Voter Registrations | 3 Source Document(s) |
| PhonesPlus Records | 3 Source Document(s) |
| Historical Person Locator | 10 Source Document(s) |
| Person Locator 2 | 3 Source Document(s) |
| Criminal | 11 Source Document(s) |
| Person Locator 4 | 1 Source Document(s) |
| Email Address | 12 Source Document(s) |