# EXHIBIT "I"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KATANDRA PRADIA<br><br>        Plaintiff,<br><br>    v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>        Defendant. | Case No. _____ |

**DECLARATION OF**
**MARIA MAKOWIECKI IN SUPPORT OF DEFENDANT'S**
**NOTICE OF REMOVAL**

I, Maria Makowiecki, Esq., being of full age, hereby declare as follows:

1.    I am employed as Vice President, Assistant General Counsel, and Assistant Secretary, by Ulta Inc. (an affiliate of Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant" or "Ulta")).

2.    I make this declaration based upon my personal knowledge and based upon the business records maintained by Ulta.

3.    I submit this declaration in support of Defendant's Notice of Removal, removing the above-captioned matter filed in the 152nd Judicial District Court of Harris County, Texas, Cause No. 2025-63200, to the United States District Court for the Southern District of Texas, Houston Division.

4.    In connection with my employment with Ulta, I am familiar with the business structure and Ulta's state of incorporation. Ulta is a corporation duly created and organized under the laws of the State of Delaware, with its headquarters in Bolingbrook, Illinois. The principal place of business of Ulta is located at 1000 Remington Blvd, Bolingbrook, IL 60440, where the

corporate officers direct, control, and coordinate the corporation's activities. The corporate officers of Ulta do not engage in primary, fundamental operations in Texas.

5.    I was first made aware of the Petition in the above-captioned matter on September 2, 2025, and service of the Citation and Petition was accepted by counsel on Ulta's behalf on the same day.

6.    I declare under penalty of perjury that the foregoing is true and correct.

/s/  Maria Makowiecki
Maria Makowiecki, Esq.

Dated: September 26, 2025

2